UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. |
| v. | : |
| | : 18 U.S.C. § 1001 (False Statement) |
| STUART WAX, and | : |
| M.M.M. WHEELS, INC. | : |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about May 5, 2003, in a matter within the jurisdiction of the United States Department of State, Directorate of Defense Trade Controls, an agency of the United States, defendants STUART WAX and M.M.M. WHEELS, INC., did knowingly and willfully make and use a material false writing and document, by causing an export control document consisting of a Federal Express International Air Waybill to identify the contents of a package as plumbing parts, knowing the same to be false, in that the package contained cylinder parts obtained from an aircraft parts supplier, subject to the International Traffic in Arms Regulations.

In violation of Title 18, United States Code, Section 1001.

_____
NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

_____
PETER S. JONGBLOED, CHIEF
CRIMINAL DIVISION

_____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY